UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

Kevin Wiltshire
             Defendant.
-------------------------------------------------------x

S2 14 CR 768-08 (VB)



## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Sarah Netburn, United States Magistrate Judge, dated May 4, 2017, is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

Dated: May 23, 2017
       White Plains, NY

SO ORDERED.

_____
Vincent L. Briccetti
United States District Judge