UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
KEVIN WILTSHIRE,                                      :
       Petitioner,                                      :    **ORDER**
                                                      :
v.                                                    :    20 CV 630 (VB)
                                                      :    14 CR 768-8 (VB)
UNITED STATES OF AMERICA,                             :
       Respondent.                                      :
--------------------------------------------------------x

       By letter dated July 2, 2020, petitioner's appointed counsel seeks to be relieved based on a conflict of interest. (Doc. #463 in 14cr768-8).[1]

       The application is GRANTED. Daniel Habib, Sarah Baumgartel, and Allegra Glashausser, Esqs., as well as Federal Defenders of New York, Inc., are relieved as petitioner's counsel. The Clerk is instructed to terminate their appearances from the above ECF dockets.

       The Court notes its appreciation for the willingness of Federal Defenders to handle these post-Davis cases, and thanks these attorneys for their efforts.

       The Court having determined that the interests of justice so require, James E. Neuman, Esq., a member of the Court's Criminal Justice Act panel, is hereby appointed as petitioners' counsel in these two cases, pursuant to 18 U.S.C. § 3006A(a)(2)(B).

       By order dated, June 12, 2020, the Court directed that a further status report regarding the efforts of the parties to resolve this Section 2255 case by agreement be submitted by no later than August 10, 2020. That deadline remains in effect, absent further order of the Court.

Dated: July 6, 2020
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge

---

[1] The Court reminds counsel that all submissions in this case must be filed in both the criminal case (14cr768-8) and the civil case (20cv630).