UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KEVIN WILTSHIRE,
          Petitioner,         :    **ORDER**

v.                                 :    20 CV 630 (VB)
                                       14 CR 768-8 (VB)
UNITED STATES OF AMERICA,
          Respondent.
--------------------------------------------------------------x

       By order dated September 14, 2020, the Court granted the parties' joint request to provide a further update by October 14, 2020, regarding their efforts to reach an agreed-upon resolution of this case. To date, they have not done so. Accordingly, the Court sua sponte extends to November 20, 2020, the parties' time to file an update.

       The Court expects its orders to be complied with, especially in criminal cases, and should not have to babysit experienced lawyers in this regard.

Dated: November 13, 2020
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge