Copies Mailed/Faxed 4\24\23
Chambers of Vincent L. Briccetti DH

4/24/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KEVIN WILTSHIRE,
                Defendant.
------------------------------------------------------------x

**ORDER**

14 CR 768-8 (VB)

      Defendant Wiltshire's request for an extension of time to file a reply in connection with his motion for a reduction of sentence is granted.

      Defendant shall file his reply by no later than May 30, 2023.

      Chambers will mail a copy of this Order to defendant at the following address:

Kevin Wiltshire, Reg. No. 71994-054
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA  18472

Dated: April 24, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge