USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN WILTSHIRE,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

24 CV 2312 (VB)
14 CR 768-08 (VB)

**ORDER TO ANSWER, 28 U.S.C. § 2255**

VINCENT L. BRICCETTI, United States District Judge:

The Court, having received movant Kevin Wiltshire's sworn statement dated June 4, 2024, and having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By no later than August 14, 2024, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion. Movant Wiltshire shall have until September 30, 2024, to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

The Clerk is instructed to mail a copy of this Order to movant Wiltshire at the address on the docket in case no. 24-cv-2312 (VB).

Dated: June 14, 2024
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge