Copies Mailed/Faxed ON
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KEVIN WILTSHIRE,
                       Movant,

v.

UNITED STATES OF AMERICA,
                       Respondent.
--------------------------------------------------------------x

**ORDER**

24 CV 2312 (VB)
14 CR 768-08 (VB)

VINCENT L. BRICCETTI, United States District Judge:

On June 14, 2024, the Court ordered the U.S. Attorney's Office to file an answer or other pleading in response to movant Kevin Wiltshire's motion brought under 28 U.S.C. § 2255 by no later than August 14, 2024, and further ordered that movant Wiltshire shall have until September 30, 2024, to file a response. (24 CV 2312 Doc. #4; 14 CR 768-08, Doc. #657).

However, the U.S. Attorney's Office filed its response in opposition to movant Wiltshire's motion on August 16, 2024 (14 CR 768-08, Doc. #660), and served movant Wiltshire on August 26, 2024 (14 CR 768-08, Doc. #661).

Accordingly, it is HEREBY ORDERED that the deadline for movant Wiltshire to file a response is extended to **October 14, 2024**. Absent further order, the motion will be considered fully submitted as of that date.

The Clerk is instructed to mail a copy of this Order to movant Wiltshire at the address on the docket in case no. 24-cv-2312 (VB).

Dated: August 28, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge