UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

KEVIN WILTSHIRE,              :

            Movant,     :

v.                           :

                           :

UNITED STATES OF AMERICA,   :

           Respondent.  :

------------------------------------------------------x

**ORDER**

24 CV 2312 (VB)
14 CR 768-08 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024

VINCENT L. BRICCETTI, United States District Judge:

      In a "motion to withdraw" dated September 25, 2024, movant seeks to withdraw his

Section 2255 motion "without prejudice."  This motion has been separately docketed.

      By no later than October 15, 2024, the government shall file a response to movant's

motion to withdraw.

      The Clerk is instructed to mail a copy of this Order to movant Wiltshire at the address on

the docket in case no. 24-cv-2312 (VB).

Dated: October 1, 2024
       White Plains, NY

                     SO ORDERED:

                     Vincent L. Briccetti
                     United States District Judge