Case 7:14-cr-00768-VB   Document 669   Filed 01/21/25   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-25

United States of America
v.
KEVIN WILTSHIRE

Case No: S2 14 CR 768-8 (VB)
USM No: 71994-054

Date of Original Judgment: 08/09/2017
Date of Previous Amended Judgment: 09/02/2021
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Copies Mailed/Faxed 1-21-25
Chambers of Vincent L. Briccetti

Except as otherwise provided, all provisions of the judgment dated 09/02/2021 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/21/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Vincent L. Briccetti, U.S.D.J.
*Printed name and title*