UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **ORDER** |
| v. | : | |
| | : | S2 14 CR 768-8 (VB) |
| KEVIN WILTSHIRE, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

By letter dated May 10, 2026, defendant Kevin Wiltshire seeks to be re-sentenced in light of a recent decision of the Second Circuit, United States v. Barrett, 172 F.4th 210 (2d Cir. 2026). (Doc. #686). Wiltshire contends he was improperly sentenced under both 18 U.S.C. § 924(c) and 18 U.S.C. § 924(j) for a single act that violates both statutes.

For the reasons set forth in the government's letter in opposition dated August 5, 2026 (Doc. #689), the request is DENIED.

In a nutshell, although Wiltshire was initially convicted of both a violation of 18 U.S.C. § 924(c) (Count Two) and 18 U.S.C. § 924(j) (Count Four), those two convictions were not based on the same act. The Section 924(c) conviction (Count Two) was predicated on the racketeering conspiracy charged in Count One, and the Section 924(j) conviction (Count Four) was predicated on the substantive charge of murder in aid of racketeering charged in Count Three. Moreover, this Court vacated Wiltshire's Section 924(c) conviction (Count Two) following the Supreme Court's decision in United States v. Davis, 588 U.S. 445 (2019), and Wiltshire was re-sentenced on the remaining counts (Counts One and Four). Thus, Wiltshire was not sentenced under both Section 924(c) and Section 924(j), but rather only under Section 924(j). United States v. Barrett does not apply.

Chambers will mail a copy of this Order to defendant at the following address:

Kevin Wiltshire, Reg. No. 71994-054
FCI McDowell
Federal Correctional Institution
P.O. Box 1009
Welch, WV 24801

Dated: September 21, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge